IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Travis Hoffman

Plaintiff(s)

v.

USA

Defendant(s)

Case No. 16 C 6426

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)

and against defendant(s)

in the amount of $ _____ ,

which ☐ includes pre–judgment interest.

☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)

and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: Final judgment is entered denying Hoffman's petition pursuant to 28 U.S.C. 2255. The Court also declines to issue a certificate of appealability.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☑ decided by Judge Thomas M. Durkin a motion under 28 U.S.C. 2255.

Date: 11/18/2019

Thomas G. Bruton, Clerk of Court

/s/ Sandy Newland , Deputy Clerk